FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2020

No. 04-20-00051-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On October 22, 2020, appellant filed an Unopposed Motion for Extension of Time and Motion for Leave to File Reply Brief and Cross-Appellee Brief in One Document. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its combined Reply and Cross-Appellee Brief **by November 20, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court